EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON    #4532
Chief, Major Crimes

WES R. PORTER      #7698
CLARE E. CONNORS   #7936
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov
              clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 0 2005

at _____ o'clock and ____ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 05 00337 HG |
| Plaintiff, ) | INFORMATION |
| vs. ) | [18 U.S.C. § 1951; |
| ) | 18 U.S.C. § 2] |
| TONY ESPARZA ) | |
| Defendant. ) | |

## INFORMATION

(Conspiracy to Commit Hobbs Act Robbery)

From dates unknown to on or about May 9, 2005, in the
District of Hawaii, the defendant TONY ESPARZA, did unlawfully,
knowingly, and willfully conspire with others to obstruct and
affect commerce as that term is defined in Title 18, United
States Code, Section 1951, and the movement of articles and

commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant did unlawfully, knowingly, and willfully take and obtain personal property consisting of money from the person and in the presence of M.A., the owner of Agader-Silver, Incorporated, doing business as "The Brown Bottle," which engages in interstate commerce, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person.

All in violation of Title 18, United States Code, Section 1951(a) and 2.

DATED: _August 10_ , 2005 at Honolulu, Hawaii.


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


RONALD JOHNSON
Chief, Major Crimes


WES R. PORTER
CLARE E. CONNORS
Assistant U.S. Attorneys