EDWARD H. KUBO, JR.        #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON         #4532
Chief, Major Crimes

WES R. PORTER             #7698
CLARE E. CONNORS          #7936
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    clare.connors@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00337 HG |
| | ) | |
| Plaintiff, | ) | UNITED STATES' NOTICE OF NON-OBJECTION; CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| TONY ESPARZA, | ) | Hearing:  Sentencing |
| | ) | Date:     May 25, 2006 |
| Defendant. | ) | Judge:    Hon. Helen Gillmor |
| | ) | |

### UNITED STATES' NOTICE OF NON-OBJECTION

        The UNITED STATES has no objections or other additions

to the Proposed Presentence Report in the above-captioned matter.

        DATED: April 13, 2006, at Honolulu, Hawaii.

                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              By /s/ Clare E. Connors
                                 CLARE E. CONNORS
                                 Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

**Served by Mail**:             April 13, 2006

David Klein
841 Bishop Street, Suite 2116
Honolulu, HI 96813

Attorney for Defendant
TONY ESPARZA

**Served by Hand-Delivery**:    April 13, 2006

U.S. Probation Office
Attn: Neil W. Tsukayama
300 Ala Moana Blvd., Room C-110
Honolulu, Hawaii 96850

DATED:  April 13, 2006, at Honolulu, Hawaii.


        /s/ Iris Tanaka