AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER:    1:05CR00337-001                                Judgment - Page 2 of 7
DEFENDANT:      TONY ESPARZA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

## IMPRISONMENT

SEP 13 2006

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 80 MONTHS.

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

[✔]    The court makes the following recommendations to the Bureau of Prisons:

Lompoc, CA, or in the alternative. Terminal Island, CA. That the defendant participate in drug treatment, educational and vocational training programs.

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
       [ ] at ___ on ___.
       [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
       [ ] before ___ on ___.
       [ ] as notified by the United States Marshal.
       [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on  August 23, 06  to   United States Penitentiary
                                            ATTN: RECORDS
                                            3901 Klein Blvd.
at _____,     Lompoc, CA 93436
with a certified copy of this judgment.

BG Compton, Warden
_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal
Mark Huerth, L.T.E.
FCC Lompoc