ORIGINAL

*CC1484*

September 14, 2006

Milton J. Agader
PO Box 31
Waialua, HI 96791

Clerk, U.S. District Court
Room C-338, USA Courthouse
300 Ala Moana Blvd
Honolulu, HI 96850

SUBJECT:  US Vs Tony Esparza   *-CR-05-00337(01)HG*
                Wendell Toki   *CR-05-00261 (02) HG*
                James Troiano   *CR-05-00261(01)HG*

I am the owner of The Brown Bottle, a liquor/convenience store in Waialua.  I was the victim in the robbery case involving the above defendants.  The armed robbery occurred early Monday morning the day after Mother's Day 2005.

On around June 1, 2006 I received $ 8,550 from the HPD evidence room.  The cash was part of the amount taken during the robbery and was used as evidence in the trial.

Milton J. Agader

RECEIVED
CLERK, U.S. DISTRICT COURT

SEP 1 8 2006

DISTRICT OF HAWAII